

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

1993 GMC PU Vin #2GTEC19HP1506822, Appellant

No. 06-13-00100-CV          v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. CV39057). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs of this appeal.

RENDERED DECEMBER 11, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk